**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**
**219 SOUTH DEARBORN ST. CHICAGO, IL 60604**

| | |
|---|---|
| IN RE: | ) CHAPTER 7 CASE |
| | ) |
| IGGINS, WILLIAM C., | ) CASE NO. 06-12838 |
| IGGINS, WHITNEY E., | ) |
| | ) HONORABLE MANUEL BARBOSA |
| Debtors. | ) |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE
ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held:

    At: **KANE COURT HOUSE, 100 S. 3RD STREET, COURTROOM 140, GENEVA, ILLINOIS, 60134**

    On: **OCTOBER 4, 2007**                         Time: **10:00AM**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | | |
    |---|---|---|
    | Receipts | $ | 7,649.00 |
    | Disbursements | $ | 5.02 |
    | Net Cash Available for Distribution | $ | 7,643.98 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Trustee, Roy Safanda | $ -0- | $ 1,514.90 | $ 67.50 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

NONE

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling the amount of $  -0-  , must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be  -0-  %.

Allowed priority claims are: NONE

7.  Claims of general unsecured creditors totaling $ 20,542.00  have been allowed and will be *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be  30 %.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1-1 | US Foods | $ 20,542.00 | $ 6,061.58 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's we site, www.ilnb.uscourts.gov. If no objections are filed,

the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Residence, 1536 Fargo Blvd., Geneva, IL ; Cash 10.00; 2005 GMC Envoy.

Dated: **AUGUST 22, 2007**                                                              For the Court,

By:    **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

Roy Safanda
Safanda Law Firm
111 East Side Drive
Geneva, IL  60134-2402
(630) 262-1761

Myfiles/Bankruptcy/Forms/New – Notice of Trustee's Final Report, Hearing

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-12838   Doc 29   Filed 08/22/07   Entered 08/24/07 23:53:34   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: sward              Page 1 of 1              Date Rcvd: Aug 22, 2007
Case: 06-12838                Form ID: pdf002          Total Served: 23

The following entities were served by first class mail on Aug 24, 2007.
 db         +William C Iggins,    1536 Fargo Blvd,    Geneva, IL 60134-2977
 jdb        +Whitney E Iggins,,    1536 Fargo Blvd,    Geneva, IL 60134-2977
 aty        +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
 aty        +Lincoln M King,    Ruddy, Milroy & King,    1700 N Farnsworth Ave,    Ste 12,
              Aurora, IL 60505-1186
 tr         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
10952759    +American Eagle Bank,    556 Randall Road,    South Elgin, IL 60177-3315
10952760     Brad Martin,    2254 Rosemary Ct.,    Montgomery, IL  60538
10952761    +ConAgra Foods Packaged Foods Company,,    7350 World Communications Drive,    Omaha, NE 68122-4041
10952762     Crown Mortgage,    P.O. Box 4218,    Carol Stream, IL  60197-4218
10952763     GMAC Payment Processing Center,    P.O. Box 9001951,    Louisville, KY  40290-1951
10952764     Granny's Delicattesen,    W145 S 6550 Tess Corners,    Muskego, WI  53150
10952765    +Harris Bank Bartlett,    335 S. Main Street,    Bartlett, IL 60103-4490
10952757    +Iggins Whitney E,    1536 Fargo Blvd,    Geneva, IL 60134-2977
10952756    +Iggins William C,    1536 Fargo Blvd,    Geneva, IL 60134-2977
10952766    +Kane County Treasurer,    719 S. Batavia Avenue, Bldg A-Room 110,    Geneva, IL 60134-3079
10952768     MBNA America Bank, N.A.,    P.O. Box 15026,    Wilmington, DE  19850-5026
10952767    +Matthew Meliker, Esq.,    952 Willow St.,    Itasca, IL 60143-2854
10952769     Pioneer Snacks, Inc.,    30777 Northwestern Highway, Suite 300,    Farmington Hills, MI  48334-2594
10952770    +R.D. Meyer And Associates,    13950 W. Sun Valley Ct.,    New Berlin, WI 53151-6867
10952771    +Ralph And Lynn Kallmann,    11404 E. Gamble Lane,    Scottsdale, AZ 85262-4722
10952772    +Rodney Bell,    12701 Barrow Lane,    Plainfield, IL 60585-4216
10952758    +Ruddy Milroy & King,    1700 N Farnsworth Ave Suite 12,    Aurora, IL 60505-1186
10952773    +U.S. Food Service,    C/O Kohner, Mann & Kailas, S.C.,    4650 N. Port Washington Road,
              Milwaukee, WI 53212-1077

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*         +Roy Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
                                                                                          TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2007**          **Signature:** _Joseph Speetjens_